EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2022 TSPR 69 |
| | |
| Jorge Meléndez Artau | 209 DPR ____ |

Número del Caso:  TS-6951

Fecha: 2 de junio de 2022

Abogado de la parte peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Jorge Meléndez Artau                    TS-6951

RESOLUCIÓN

En San Juan, Puerto Rico, a 2 de junio de 2022.

Examinada la *Moción de reconsideración y cumplimiento de orden* presentada por el Sr. Jorge Meléndez Artau, así como la *Certificación* del Programa de Educación Jurídica Continua emitida el 31 de mayo de 2022, se autoriza su reinstalación al ejercicio de la abogacía. Se le advierte al Lcdo. Jorge Meléndez Artau que en el futuro deberá cumplir puntualmente con los requisitos del Programa de Educación Jurídica Continua.

Además, se le concede a la Oficina de Inspección de Notarías un término de veinte (20) días, contado a partir de la notificación de esta *Resolución*, para que se exprese en torno a la solicitud de reinstalación a la práctica de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo